

**GOLDBERG SEGALLA**<sup>LLP</sup>

Adam Katz | Partner
Direct 646.292.8787 | akatz@goldbergsegalla.com

January 10, 2020

VIA ECF
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

**MEMO ENDORSED**

Re:   *Parchem Trading, Ltd. v. DePersia*, 7:17-cv-01618 (KMK)(PED)

Dear Judge Karas:

As the Court is aware, this firm represents Plaintiff Parchem Trading, Ltd. in the above-referenced action. At the direction of the Court's clerk, I am writing to inquire about the status of Defendants' motion for summary judgment (Dkt. Nos. 66-70, and 77-87) (the "Motion"), which has been full briefed and *sub judice* since December 3, 2018. Additionally, upon reviewing the docket, the case is marked "stayed," but it is unclear if the case was stayed automatically because of the Motion or whether there is a separate reason as to why the case has been stayed.

We thank the Court for its attention to this matter.

Respectfully submitted,

Adam Katz

cc:   Hugh W. Cuthbertson (Via ECF)
      Zangari Cohn Cuthbertson Duhl & Grello P.C.

The Motion is under consideration. The case has inadvertently remained stayed since the Court's order staying the case for 60 days so that Plaintiff could find counsel. (Dkt. No. 43.) As Plaintiff has new counsel, the Clerk of Court is respectfully requested to lift the stay on this Action.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
1/13/20

711 3rd Avenue, Suite 1900 | New York, NY 10017 | 646.292.8700 | Fax 646.292.8701 | www.GoldbergSegalla.com
NEW YORK | ILLINOIS | FLORIDA | CALIFORNIA | MARYLAND | MISSOURI | NORTH CAROLINA | PENNSYLVANIA | NEW JERSEY | CONNECTICUT | UNITED KINGDOM