UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PARCHEM TRADING, LTD.,

                Plaintiff,

-against-

KRISTEN DEPERISA,

                Defendant.

-----------------------------------------------------------X

17 **CIVIL** 1618 (KMK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 13, 2020, Defendant's motion for summary judgment is granted and judgment is entered for Defendant; accordingly, this case is closed.

**Dated:** New York, New York
February 14, 2020

                                                RUBY J. KRAJICK
                                                Clerk of Court
BY:
                                                Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/14/2020